```
                                                    JS-6
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALDIODIO NJIE et al., | ) Case No. SACV 19-0409-PSG (JPR) |
|        Petitioners, | ) |
|        v. | ) **J U D G M E N T** |
| UNKNOWN, | ) |
|        Respondent. | ) |

    Pursuant to the Order Summarily Dismissing Petition Without Prejudice and Administratively Closing Case,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 3/25/19

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE